# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANOTHER WILLIAMS CO., LLC dba TRAVER'S FURNITURE AND FLOORING and TRAVERS FURNITURE CARPET FURNITURE DEALERS,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE GENERAL INSURANCE COMPANY,<br><br>Defendants. | Case No: 5:24-cv-04094-JWB-ADM |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiffs Another Williams Co., LLC dba Traver's Furniture and Flooring and Travers Furniture Carpet Dealers (collectively, the "Plaintiffs") and Defendant Nationwide General Insurance Company, by and through their counsel of record, hereby stipulate that Plaintiff's claims asserted against Defendant Nationwide General Insurance Company are to be dismissed without prejudice to any refiling of such claims. All such parties shall bear their own attorney fees and costs.

**Respectfully submitted,**

*/s/ Jordyn L. Cartmell*
Jordyn L. Cartmell, KBA #30142
**MANSELL & ENGEL**
204 North Robinson Avenue, 21st Floor
Oklahoma City, Oklahoma   73102-7001
T : (405) 232-4100 ** F: (405) 232-4140
Email : jcartmell@meclaw.net

AND

WILLIAM "JOE" SHULL    KS #26235
**SHULL & KLENDA, LLC**
1828 Swift St., Suite 303
Kansas City, MO 64116
(816) 905-3405
(816) 905-3405 - Facsimile
 joe@shullklenda.com

**ATTORNEYS FOR PLAINTIFFS**


*/s/Kyle P. Sollars*
*\*Signed with permission by filing party*
Zach Chaffee-McClure, KS Bar #23479
Kyle P. Sollars, KS Bar #25982
Chapman W. Williams, KS Bar #27636
SHOOK, HARDY & BACON, LLP 2555
Grand Boulevard Kansas City, MO 64108
T: 816.474.6550
F: 816-421-5547
ksollars@shb.com
cwwilliams@shb.com
zmcclure@shb.com

***Attorneys for Defendant Nationwide General Insurance Company***

2